# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ELIZABETH N. DAVIS

NO. 2026 KW 0371

**JUNE 5, 2026**

---

In Re:    Elizabeth N. Davis, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          24-WFLN-259.

---

**BEFORE:    WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT DENIED.**

                              EW
                              CHH
                              KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT